UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                            15 CR 778 (PKC)

       -against-                         ORDER

ALEX RODRIGUEZ

              Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Government shall respond to defendant's Emergency Motion To Request Compassionate Release (DE 193) by April 30, 2020.

       SO ORDERED.

                                               P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
         April 21, 2020