UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                15 CR 778 (PKC)

   -against-           ORDER

ALEX RODRIGUEZ

      Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

   Kristen Santillo is appointed, pursuant to the Criminal Justice Act, to represent defendant Alex Rodriguez solely on his Motion for Compassionate Release.

   SO ORDERED.

                _____
                P. Kevin Castel
                United States District Judge

Dated: New York, New York
     May 1, 2020