UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                15-cr-778 (PKC)

       -against-

                                                <u>ORDER</u>

ALEX RODRIGUEZ,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        A teleconference is scheduled for Wednesday, May 13, 2020 at 2:00 p.m. regarding defendant's motion for compassionate release. The call-in information for this hearing is:

        <u>Dial-in</u>:    (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
          May 6, 2020