UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA ,

                                                                                15-cr-778 (PKC)

        -against-                                                    ORDER

ALEX RODRIGUEZ

                            Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Counsel for Rodriguez has advised the Court that Rodriguez was released to home confinement and did not intend to further pursue his compassionate release motion. (Doc 213). Accordingly, Rodriguez's motion for compassionate release (Docs 193 & 202) is deemed withdrawn. The Clerk shall terminate the motions (Docs 193 & 202).

        SO ORDERED.

                                                        P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         December 8, 2020